Haight

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| STATE FARM GENERAL INSURANCE COMPANY, | Case No. 2:24-cv-01177-AC |
|---|---|
| Plaintiffs, | **[Proposed] ORDER ON STIPULATION TO EXTEND DUE DATE FOR FILING INITIAL DISCLOSURE STATEMENTS PURSUANT TO FRCP RULE 26(f)** |
| v. | |
| BROAN-NUTONE, LLC; and DOES 1 through 50, inclusive, | District Judge: Hon. Kimberly J. Mueller<br>Magistrate Judge: Hon. Allison Claire |
| Defendants. | Trial Date:        None Set |

Having considered the Stipulation executed and submitted by Defendant BROAN-NUTONE, LLC ("Defendant"), on the one side, and Plaintiff STATE FARM GENERAL INSURANCE COMPANY ("Plaintiff") on the other side, and after determining good cause exists, the Court enters the following Order:

IT IS HEREBY ORDERED THAT the deadline originally agreed upon by the Parties of June 17, 2024 to file their respective Initial Disclosure Statements Pursuant to FRCP Rule 26(f) is extended to and through June 21, 2024.

1      IT IS SO ORDERED.

2 DATED: June 20, 2024

                                    ALLISON CLAIRE
                                    UNITED STATES MAGISTRATE JUDGE