Michelle M. Lambre, Esq. (136339)
WATKINS & LETOFSKY, LLP
2900 S Harbor Boulevard, Suite 240
Santa Ana, CA 92704
Telephone: (949) 476-9400
Facsimile: (949) 476-9407

Attorney for Plaintiff, STATE FARM GENERAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| STATE FARM GENERAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>BROAN-NUTONE LLC, a Delaware limited liability company; and DOES 1-20, Inclusive,<br><br>Defendants. | CASE NO.: 2:24-cv-01177-AC<br>[Unlimited Civil Case]<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE**<br><br><br>Filed Date: 3/18/2024<br>Trial Date: |
|---|---|

TO THIS HONORABLE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

    PLEASE TAKE NOTICE THAT the parties have reached a settlement in the above-entitled matter. The parties are in the process of finalizing the settlement documents and anticipate filing a stipulation for dismissal within 30 days. The settlement constitutes a resolution of the entire action.

Dated: October 23, 2025

                                                                 Respectfully,

                                                                 WATKINS & LETOFSKY, LLP

                                                                 */s/ Michelle M. Lambre*

                                                                 Michelle M. Lambre, Esq.
                                                                 Attorneys for Plaintiff, STATE FARM GENERAL INSURANCE COMPANY

STF.1642

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
WATKINS & LETOFSKY, LLP
2900 S. HARBOR BLVD. SUITE 240
SANTA ANA, CA 92704

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF SETTLEMENT OF ENTIRE CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 23, 3035, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Steven A. Scordalakis
**Haight Brown & Bonesteel LLP**
500 Capitol Mall, Suite 2150
Sacramento, CA 95814
O: 916.702.3200
F: 916.570.1947
sscordalakis@hbblaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/23/2025 | Caroline Hefley | *Caroline Hefley* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*              **F 9013-3.1.PROOF.SERVICE**